UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:97-CIV-06072-DLG

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| vs. | ) Sealed |
| SLIMAMERICA, INC., *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT FRANK J. SARCONE AND THREE BUSINESS ENTITIES UNDER HIS CONTROL SHOULD NOT BE HELD IN CONTEMPT**

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), hereby files this *Ex Parte* Motion for Order to Show Cause Why Defendant Frank J. Sarcone and Three Business Entities Under His Control Should Not be Held in Contempt. The FTC is filing concurrently a memorandum in support of this motion with supporting exhibits, and a proposed Order to Show Cause.[1]

The grounds for this motion are set forth fully in the accompanying memorandum and the exhibits thereto.

---

[1] The FTC also is filing concurrently the following *ex parte* motions: (1) Motion for a Temporary Restraining Order, Preliminary Injunction, and Other Equitable Relief, Pending Decision on Plaintiff's Motion for a Civil Contempt Order; (2) Motion for Exception to Local Rule Setting Page Limitation for Legal Memoranda; and (3) Motion to Temporarily Seal Filings.

1

Dated: August 21, 2007					Respectfully submitted,

							WILLIAM BLUMENTHAL
							General Counsel

							_____
							DAVID R. SPIEGEL (A5500392)
							CAROLYN L. HANN (A5501119)
							Attorneys for Plaintiff
							Federal Trade Commission
							601 New Jersey Avenue, N.W.
							Suite NJ-2122
							Washington, DC 20580
							Telephone: (202) 326-3281 (Spiegel); 2745 (Hann)
							Fax: (202) 326-2558
							dspiegel@ftc.gov; chann@ftc.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:97-CIV-06072-DLG

|   |   |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
|   | ) |
| **Plaintiff,** | ) |
|   | ) |
| vs. | ) |
|   | ) |
| **SLIMAMERICA, INC.,** *et al.*, | ) |
|   | ) |
| **Defendants.** | ) |

**(PROPOSED)**
**ORDER TO SHOW CAUSE**

Upon due consideration of Plaintiff Federal Trade Commission's *Ex Parte* Motion for Order to Show Cause Why Defendant Frank J. Sarcone and Three Business Entities Under His Control Should Not be Held in Contempt, and its accompanying memoranda and exhibits, it is hereby **ORDERED** that the Motion is **GRANTED**, as follows:

1. Frank Sarcone, a/k/a Frank Sarcona and Dave Johnson; LipoBan Clinic, Inc., Nature's Pharmacy, Inc.; and National Marketing Data, Inc. (hereinafter, collectively "Contempt Defendants") shall each appear before this Court on the _____ day of _____, 2007, at __.m. at the Federal Justice Building, 99 Northeast 4th Street, Room _____, Miami, Florida 33132, to show cause, if any there be, why this Court should not find Contempt Defendants in civil contempt for failing to comply with the requirements of this Court's July 2, 1999 Final Judgment for Permanent Injunction and impose such other relief as it deems appropriate.

1

2.      Contempt Defendants shall serve upon counsel for the Federal Trade Commission any answering affidavits, pleadings, legal memoranda, or other evidence and exhibits on which Contempt Defendants will rely not less than ten (10) business days before the hearing scheduled above. Contempt Defendants shall serve copies of all such materials on counsel for the Commission by electronic mail and overnight delivery to David R. Spiegel, dspiegel@ftc.gov, Federal Trade Commission, 601 New Jersey Avenue, N.W., Suite NJ-2122, Washington, D.C. 20001, no later than 5:00 p.m. of that day.

3.      If Contempt Defendants intend to present the testimony of any witness at the hearing to show cause in this matter, said Contempt Defendants shall, at least five (5) days prior to the scheduled date and time of hearing, serve on counsel for the Commission a statement of the name, address, and telephone number of any such witness, by electronic mail and overnight delivery to the above address, no later than 5:00 p.m. of that day.

4.      The Court shall continue to retain jurisdiction of this matter for all purposes.

**IT IS SO ORDERED,** this _____ day of _____, 2007.


_____
Donald L. Graham
United States District Judge

(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 0:97-CIV-06072-DLG

FILED BY _____ D.C.

2007 AUG 21 AM 10: 46

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Federal Trade Commission

Plaintiff

v.

SlimAmerica, Inc., et al.

Defendant

*Sealed*

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: David R. Spiegel, counsel for Federal Trade Commission
Address: 601 New Jersey Avenue, NW, Room NJ-2122, Washington, DC 20001
Telephone: 202-326-3281

On behalf of (select one):  ☒ Plaintiff    ☐ Defendant

Date sealed document filed: 8/21/2007

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: _____

The matter should remain sealed until:

☐ Conclusion of Trial          ☐ Arrest of First Defendant
☐ Case Closing                 ☐ Conclusion of Direct Appeal
☒ Other: For 5 days, or until Plaintiff notifies the Clerk that the seal is no longer necessary, whichever occurs first.
☐ Permanently. Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☒ Unsealed and placed in the public portion of the court file        ☐ Destroyed
☐ Returned to the party or counsel for the party, as identified above

Plaintiff's ex parte for order to cause re: contempt; memorandum in support; proposed order to show cause.

_____
Attorney for: