UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 97-06072-CIV-GRAHAM

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

SLIMAMERICA, FRANK J. SARCONE, et al.

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Receiver's First Application for the Payment of Reasonable Compensation of Attorney's Fees and Costs [D.E. 324] (the "Receiver's Application").

**THE MATTER** was referred to the Honorable United States Magistrate Judge John J. O'Sullivan [D.E. 325]. The Magistrate Judge issued a Report recommending that the Receiver's Application be granted, in part, and denied in part. The objection deadline has passed and no objections were filed.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 329] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31th day of December, 2008.

```
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE
```

cc: U.S. Magistrate Judge O'Sullivan
    Counsel of Record